**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY C. KRUG, | No. CV 11-6398-PA(CW)[1] |
| Plaintiff, | ORDER ACCEPTING REPORT AND AND RECOMMENDATION OF |
| v. | UNITED STATES MAGISTRATE JUDGE |
| EVELYN G. CASTRO, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action including the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made, as discussed in the Supplemental Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

---

[1] Plaintiff has another pending action in this court: Krug v. Pellicane, CV 12-10696-PA(CW). This Order concerns only the present action.

1

**IT IS THEREFORE ORDERED** that judgment be entered (1) granting Defendant's motion to dismiss (docket no. 25, filed September 7, 2012); and (2) dismissing the action, without prejudice, for failure to exhaust administrative remedies.

DATED: <u>February 12, 2014</u>

_____
PERCY ANDERSON
United States District Judge