# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY C. KRUG, | ) | No. CV 11-6398-PA(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| EVELYN G. CASTRO, | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to exhaust administrative remedies.

DATED: <u>February 12, 2014</u>

PERCY ANDERSON
United States District Judge